IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE EDWARD KELLY,

    Plaintiff,                                No. CIV S-07-0969 FCD EFB P

    vs.

R.J. SUBIA, et al.,

    Defendants.                          <u>ORDER</u>

_____/

    Plaintiff is a state prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. By order filed July 9, 2007, plaintiff's complaint was dismissed with leave to amend within 30 days of the date the order was served. On August 8, 2007, plaintiff filed a request for an extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, plaintiff's August 8, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve an amended complaint.

    So ordered.

Dated: August 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE