IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE EDWARD KELLY,

    Plaintiff,                             No. CIV S-07-0969 FCD EFB P

    vs.

R.J. SUBIA, et al.,

    Defendants.                      FINDINGS AND RECOMMENDATIONS

                            /

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2007, the court dismissed his complaint for failure to state a cognizable claim against any defendant and gave plaintiff leave to amend. On September 28, 2007, plaintiff filed an amended complaint.

       The court has reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A and, for the following reasons, finds that it also fails to state a claim for relief. Plaintiff names as defendants Warden Subia, Associate Warden Vanni, and Doctors Smith, Williams, Hoshimoto, and Galloway. In his complaint plaintiff explains in some detail the advent of four strokes that he has suffered and for which he has received extensive treatment including transport to several hospitals throughout the state for specialized treatment, intensive and prolonged physical therapy, and the provision of orthotics, canes, a wheelchair, and other treatment devices.

Plaintiff claims that he also suffers from carpal tunnel syndrome, for which he receives medication and has been outfitted with a special sling for improvement of circulation in his left arm. Plaintiff has not alleged how any of the treatment and medical attention he has received to date has been inadequate. Plaintiff does not allege that he suffers from specific harm as a result of a lack of adequate medical care. Plaintiff does not allege that on a specific date, a defendant acted or omitted to act in violation of plaintiff's constitutional rights.

To state a claim under 42 U.S.C. § 1983, plaintiff must allege an identified defendant deprived plaintiff of a right secured to him by the Constitution or laws of the United States while acting under color of state law. *West v. Atkins*, 487 U.S. 42, 48-49 (1988).

Accordingly, it is hereby RECOMMENDED that this action be dismissed for plaintiff's failure to state a claim. *See* 28 U.S.C. § 1915A; *see also Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner proceeding without counsel must be given leave to file amended complaint unless the court can rule out any possibility that the plaintiff could state a claim).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE